**Order filed May 07, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00798-CR
_____

### CURTIS ODETTE ROBINSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1274263**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits #51 and #52.**

The clerk of the 351st District Court is directed to deliver to the Clerk of this court the original of State's exhibits #51 and #52, on or before **May 17, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits #51 and #52, to the clerk of the 351st District Court.

PER CURIAM